IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARCICIO MORA and REMEDIOS MORA,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. BANK N.A., as Trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9, SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION, and DOES 1 THROUGH 20,<br><br>        Defendants. | Case No. 11-6598-SC<br><br>ORDER DISMISSING CASE WITH <u>PREJUDICE</u> |

    On June 7, 2012, the Court dismissed Plaintiffs Tarcicio and Remedios Mora's ("Plaintiffs") Corrected First Amended Complaint with leave to amend certain claims therein. ECF No. 34 ("June 7 Order"). The Court stated: "If Plaintiffs do not file an amended complaint within thirty (30) days of the signature date of this Order, the Court will dismiss this case against all Defendants with prejudice." <u>Id.</u> at 17. The signature date on the order was June 7, 2012, thus Plaintiffs had until Monday, July 9, 2012 to file their amended pleading. They had until July 9 rather than July 7 because July 7 fell on a Saturday. <u>See</u> Fed. R. Civ. P. 6(a)(1).

1     The deadline has passed and Plaintiffs have not filed their
2 amended pleading or otherwise communicated with the Court.
3 Therefore, pursuant to the June 7 Order, the Court orders this case
4 DISMISSED WITH PREJUDICE as to all Defendants. The ex parte
5 application filed by Defendants on July 16, 2012, seeking dismissal
6 of this case on the grounds stated above, is DENIED as moot. ECF
7 No. 35.

9     IT IS SO ORDERED.

11     Dated: July 20, 2012

12                                 UNITED STATES DISTRICT JUDGE